BELLA DAVIS, Respondent, v MICHAEL MELNICKE, Respondent, and NAFTALI WEISZ et al., Nonparty Appellants.

Submitted September 4, 2007; decided November 27, 2007

Reported below, 39 AD3d 378.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution (*see*

Karger, Powers of the New York Court of Appeals § 5:18, at 151-152 [3d ed rev]).